MTB
F.#2009R00581

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

              Defendant.

- - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

CR 09 0177

AMON, J.     GO, M.J.

MAR 27 2009
BROOKLYN OFFICE

       PLEASE TAKE NOTICE that the government will move this Court, before a United States District Judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           March 27, 2009

                                   BENTON J. CAMPBELL
                                   UNITED STATES ATTORNEY
                                   EASTERN DISTRICT OF NEW YORK

              By:       /s/ Michael Breslin
                                   Michael Breslin
                                   Assistant U.S. Attorney