UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATE: 04/13/09 TIME: 11:50-12:14

CRIMINAL CAUSE FOR: Initial Arraignment & Guilty Plea (7b)

DOCKET #: CR09-00177

DEFENDANT: John Doe              ATTORNEY: Joel Winograd, Esq.

DEFENDANT:                       ATTORNEY:

DEFENDANT:                       ATTORNEY:

DEFENDANT:                       ATTORNEY:

DEFENDANT:                       ATTORNEY:

ASSISTANT U.S. ATTORNEY: **Michael Breslin**

COURT REPORTER: **Henry Shapiro**

INTERPRETER:

PROBATION OFFICER:               DEPUTY: V. Holley

Dft sworn & advised of rights.
Waiver of Indictment accepted by the Court & placed under seal.
Information filed in open Court & placed under Seal.
Guilty plea to 1 Count Information accepted by the Court.
Sentencing 07/13/09 at 10:30.
Dft's submissions due 06/26/09.
Govt's response 07/06/09.
Dft released on $100,000 PRB.